FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 13 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

10-CV-01683-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TIMOTHY MITCHELL,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C10-1683-JLR
CR08-213-JLR

ORDER OF DISMISSAL

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ *Petitioner's Objections to the R&R (Dkt 22)* of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice.

    (3)    A certificate of appealability is DENIED with respect to the ineffective assistance of counsel claims asserted by petitioner in his § 2255 motion.

    (4)    The Clerk is directed to send copies of this Order to petitioner, counsel for respondent, and Judge Donohue.

DATED this 13th day of September, 2011.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1